**Opinion issued December 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00541-CV**

———————————

**TEXAS REAL ESTATE COMMISSION, Appellant**

**V.**

**BEN LUONG, Appellee**

---

On Appeal from the 45th District Court
Bexar County, Texas
Trial Court Case No. 2012-CI-16245

---

## MEMORANDUM OPINION

Appellant, Texas Real Estate Commission, has filed a motion to reinstate and dismiss this appeal. More than ten days have elapsed since the filing of the motion and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has

issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.